UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>vs.<br><br>Felix Rodriguez-Sarmiento<br>        Defendant(s) | CRIMINAL NO. 08mj2292<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **JAN M. ADLER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Esmeralda Nava-Guzman

DATED: Aug. 12, 2008

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
    by _____
            Deputy Clerk
          **K. HAMMERLY**