FILED

08 AUG 13 PM 4:04

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 2714 WQH |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation |
| FELIX RODRIGUEZ-SARMIENTO, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about July 26, 2008, within the Southern District of California, defendant FELIX RODRIGUEZ-SARMIENTO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Esmeralda Nava-Guzman, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

FAS:fer:San Diego
8/11/08

Count 2

On or about July 26, 2008, within the Southern District of California, defendant FELIX RODRIGUEZ-SARMIENTO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Esmeralda Nava-Guzman, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: August 13, 2008.

A TRUE BILL

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
FRED SHEPPARD
Assistant U.S. Attorney